# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| SPINNAKER INSURANCE COMPANY, | : | Civil Action No.: 2:25-cv-0330 |
| | : | |
| *Plaintiff*, | : | Judge Algenon L. Marbley |
| | : | Magistrate Kimberly A. Jolson |
| v. | : | |
| | : | |
| HEART OF GOLD TITLE, LLC, | : | |
| | : | |
| *Defendant*. | : | |
| | : | |
| _____ | : | |
| | : | |
| HEART OF GOLD TITLE, LLC, | : | |
| | : | |
| *Counterclaim-Plaintiff*, | : | |
| | : | |
| v. | : | |
| | : | |
| SPINNAKER INSURANCE COMPANY and | : | |
| COWBELL INSURANCE AGENCY, LLC, | : | |
| | : | |
| *Counterclaim-Defendants*. | : | |

## PLAINTIFF AND COUNTERCLAIM-DEFENDANTS SPINNAKER INSURANCE COMPANY AND COWBELL INSURANCE AGENCY, LLC'S COMBINED:

## MOTION TO DISMISS COUNTERCLAIM AND

## MOTION TO STRIKE PORTIONS OF THE COUNTERCLAIM

Plaintiff and Counterclaim-Defendants Spinnaker Insurance Company ("Spinnaker") and Cowbell Insurance Agency, LLC ("Cowbell"), move this Court, pursuant to Fed. R. Civ. P. 12(b)(6), for an Order dismissing each cause of action asserted against Spinnaker and Cowbell in Defendant and Counterclaim-Plaintiff Heart of Gold Title, LLC's Counterclaim for failure to state a claim upon which relief can be granted. In the event that relief is not granted, Spinnaker and

Cowbell move, pursuant to Fed. R. Civ. P. 12(f) to strike paragraphs 44, 62, the last clause of

paragraph 64, subheading K, and Exhibit 10 from the Counterclaim.

A Memorandum in Support follows.

Respectfully submitted,

*/s/ Sunny Horacek\_\_\_\_\_*
Sunny Horacek (0089178)
COLLINS, ROCHE, UTLEY & GARNER, LLC
655 Metro Place South, Suite 200
Dublin, Ohio 43017
(614) 901-9600 / Fax: (614) 901-2723
Email: shoracek@cruglaw.com

Gabriel E. Darwick, *pro hac vice*
WHITE AND WILLIAMS LLP
810 Seventh Avenue
New York, New York 10019
201-368-7228
Email: Darwickg@whiteandwilliams.com

*Counsel for Plaintiffs and Counterclaim-Defendants*
*Spinnaker and Cowbell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of July, 2025, a copy of the foregoing was served upon

the following parties or counsel of record via the Court's CM/ECF e-filing:

Daniel J. Walsh
Michael D. Hoenig
10 W. Broad St., Suite 2500
Columbus, OH 43215
djw@kjk.com
mdh@kjk.com
*Attorney for Heart of Gold Title, LLC*

Gabriel E. Darwick
One Gateway Center, Suite 910
Newark, NJ 07102
darwickg@whiteandwilliams.com
*Co-Counsel for Cowbell Cyber, Inc. and*
*Spinnaker Insurance Co.*

*/s/ Sunny Horacek*
**SUNNY HORACEK           (0089178)**
