JU**AO 450 (Rev. 5/85) Judgment in a Civil Case

# *UNITED STATES DISTRICT COURT*
### *SOUTHERN DISTRICT OF OHIO*

JUDGMENT IN CIVIL CASE

| | | |
|---|---|---|
| **SPINNAKER INSURANCE COMPANY,** | : | |
| | : | |
| | : | **Case No. 2:25-cv-00330** |
| **Plaintiff,** | : | |
| v. | : | **Judge Algenon L. Marbley** |
| | : | |
| **HEART OF GOLD TITLE, LLC,** | : | **Magistrate Judge Kimberly A. Jolson** |
| | : | |
| **Defendant.** | : | |
| | : | |
| **HEART OF GOLD TITLE, LLC,** | : | |
| | : | |
| **Counterclaim-Plaintiff.** | : | |
| | : | |
| v. | : | |
| | : | |
| **SPINNAKER INSURANCE COMPANY,** *et al.*, | : | |
| | : | |
| **Counterclaim-Defendants.** | : | |

[] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

JUDGMENT IS ENTERED pursuant to the Court's Opinion and Order issued on March 13, 2026.

**Date:  March 13, 2026**          **Richard W. Nagel, Clerk**


    s/Stephanie Hernandez
Stephanie Hernandez/Deputy Clerk