**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| SPINNAKER INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>HEART OF GOLD TITLE, LLC,<br><br>Defendant. | Case No. 2:25-cv-00330<br><br>Judge Algenon L. Marbley<br><br>Magistrate Kimberly A. Jolson |
| HEART OF GOLD TITLE, LLC,<br><br>Counterclaim Plaintiff,<br><br>vs.<br><br>SPINNAKER INSURANCE COMPANY and COWBELL INSURANCE AGENCY, LLC,<br><br>Counterclaim Defendants. | |

**NOTICE OF APPEAL TO A COURT OF APPEALS FROM A JUDGMENT OF A DISTRICT COURT**

Pursuant to Federal Appellate Rules 3 and 4, Defendant/Counterclaim Plaintiff Heart of Gold Title, LLC timely appeals to the United States Court of Appeals for the Sixth Circuit from the final judgment entered on March 13, 2026.

Respectfully submitted,

*/s/ Nathan F. Studeny*
NATHAN F. STUDENY (0077864)
*Trial Attorney*
DANIEL J. WALSH (0104547)
**KOHRMAN JACKSON & KRANTZ LLP**
1375 East Ninth Street, 29th Floor
Cleveland, Ohio 44114-1793
Ph: (216) 696-8700/Fx: (216) 621-6536
Email: nfs@kjk.com; djw@kjk.com
*Counsel for Heart of Gold Title, LLC*

## CERTIFICATE OF SERVICE

On April 10, 2026, I caused this *Notice of Appeal* to be e-filed through this Court's ECF system, which will automatically serve all counsel of record.

*/s/ Nathan F. Studeny*
NATHAN F. STUDENY (0077864)