SPINNAKER INSURANCE COMPANY

Plaintiff Counter Defendant - Appellee

COWBELL INSURANCE AGENCY, LLC

Counter Defendant - Appellee

v.

HEART OF GOLD TITLE, LLC

Defendant Counter Claimant - Appellant

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: April 27, 2026

Ms. Tiffany L. Carwile

Ms. Sunny Lane Horacek

Mr. Nathan F. Studeny

Mr. Daniel Walsh

Re: Case No. 26-3315
*Spinnaker Insurance Company, et al v. Heart of Gold Title, LLC*
Originating Case No. 2:25-cv-00330

Dear Counsel:

Enclosed please find the amended caption for the above-styled case. Please be advised that counsel for Cowbell will need to file an appearance form. The civil appeal statement will need to be resubmitted with an electronic signature.

Sincerely yours,

s/Patricia Elder
Senior Case Administrator
Direct Dial No. 513-564-7034

Enclosure