**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

Kelly L. Stephens
Clerk

100 EAST FIFTH STREET, ROOM 540
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

Tel. (513) 564-7000
www.ca6.uscourts.gov

Filed: August 24, 2026

Ms. Tiffany L. Carwile
Kohrman, Jackson & Krantz
10 W. Broad Street
Suite 2500
Columbus, OH 43215

Mr. Gabriel Edward Darwick
White and Williams
163 Madison Avenue
Suite 503
Morristown, NJ 07960

Ms. Sunny Lane Horacek
Collins, Roche, Utley & Garner
655 Metro Place, S.
Suite 200
Dublin, OH 43016

Mr. Nathan F. Studeny
Kohrman Jackson Krantz
1375 E. Ninth Street
29th Floor
Cleveland, OH 44114

Mr. Daniel Walsh
Kohrman, Jackson & Krantz
10 W. Broad Street
Suite 2500
Columbus, OH 43215

Re: Case No. 26-3315
*Spinnaker Insurance Company, et al v. Heart of Gold Title, LLC*
Originating Case No. 2:25-cv-00330

Dear Sir or Madam,

The Court issued the enclosed (Order/Opinion) today in this case.

Sincerely yours,

s/Connie A. Weiskittel
Mediation Administrator

cc: Mr. Richard W. Nagel

Enclosure

No mandate to issue

Case No. 26-3315

**UNITED STATES COURT OF APPEALS**
**FOR THE SIXTH CIRCUIT**

**ORDER**

SPINNAKER INSURANCE COMPANY

Plaintiff Counter Defendant - Appellee

COWBELL INSURANCE AGENCY, LLC

Counter Defendant - Appellee

v.

HEART OF GOLD TITLE, LLC

Defendant Counter Claimant - Appellant

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,**
**RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: August 24, 2026